A CERTIFIED TRUE COPY
ATTEST
By Teresa Bishop on Aug 09, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 AUG -9  AM 10: 59
LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 23, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                        MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-28)**

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 724 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 09, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee _____
___ Process _____
_x_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                      MDL No. 1873

### SCHEDULE CTO-28 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|---|---|
| **LOUISIANA MIDDLE** | | | | |
| LAM | 3 | 09-1114 | Laura Parker v. American International Specialty Lines Insurance Co., et al. | 10-2587 |
| **LOUISIANA WESTERN** | | | | |
| LAW | 1 | 09-2209 | Delores Fountain v. Keystone Industries, Inc., et al. | 10-2588 |
| LAW | 2 | 09-2184 | Charles Wentzell v. American International Group, Inc., et al. | 10-2589 |
| LAW | 2 | 09-2222 | Kenneth Celestine, etc. v. Arch Specialty Insurance Co., et al. | 10-2590 |
| LAW | 2 | 09-2223 | Vivian Taylor, et al. v. American International Specialty Lines Insurance Co., et al. | 10-2591 |
| LAW | 5 | 09-2199 | Devin Creecy v. Insureco Agency & Insurance Co., et al. | 10-2592 |
| LAW | 6 | 09-1363 | Crystal Camel, et al. v. Lexington Homes, Inc., et al. | 10-2593 |
| LAW | 6 | 09-2185 | Jonathan James, etc. v. Lakeside Park Homes, Inc., et al. | 10-2594 |
| LAW | 6 | 09-2203 | Leah Douglas v. Timberland RV Co., et al. | 10-2595 |
| LAW | 6 | 09-2216 | Alex Azar v. Gulfstream Coach, Inc., et al. | 10-2596 |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 1 | 10-126 | Pearlie Martin, et al. v. Lakeside Park Homes, Inc., et al. | 10-2597 |
| MSS | 1 | 10-127 | Fundrial Lucas, et al. v. Starcraft RV, Inc., et al. | 10-2598 |
| MSS | 1 | 10-128 | Karen Johnson, et al. v. Coachmen Industries, Inc., et al. | 10-2599 |
| MSS | 1 | 10-130 | Sheila Williams v. Waverlee Homes, Inc., et al. | 10-2600 |
| MSS | 1 | 10-133 | Catherine E. Shambarger v. Skyline Corp., et al. | 10-2601 |
| MSS | 1 | 10-135 | Tina Dillon, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2602 |
| MSS | 1 | 10-136 | Aretha Davison, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2603 |
| MSS | 1 | 10-137 | Dianne K. Benefield, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2604 |
| MSS | 1 | 10-138 | Lisa Keyes, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2605 |
| MSS | 1 | 10-165 | Belinda Duckworth, et al. v. Alliance Homes, Inc., et al. | 10-2606 |
| MSS | 1 | 10-192 | Melissa A. Geisel, et al. v. Sun Valley, Inc., et al. | 10-2607 |
| MSS | 2 | 10-102 | Sharon S.M. Stogner, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2608 |
| MSS | 2 | 10-103 | Carolin O. Dedeaux v. Hy-Line Enterprises, Inc., et al. | 10-2610 |
| MSS | 2 | 10-104 | Sequtia M. Quinn v. CH2M Hill Constructors, Inc., et al. | 10-2611 |
| MSS | 2 | 10-105 | Yashica Bridges, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2612 |
| MSS | 2 | 10-106 | Darlene T. Lenior, et al. v. CH2M Hill Constructors, Inc., et al. | 10-2615 |
| MSS | 2 | 10-125 | Lashanda Y. Brent v. Heartland Recreational Vehicles, LLC, et al. | 10-2616 |
| MSS | 5 | 10-82 | Tremaine D. Johnson v. Northwood Manufacturing, Inc., et al. | 10-2617 |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Barbara S. Jones<br>United States District Court<br>Southern District of New York | Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

August 9, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-28)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on <u>July 23, 2010</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____*Teresa Bishop*_____
Teresa Bishop
Case Administrator

Attachments
cc:   Transferee Judge:   Judge Kurt D. Engelhardt

JPML Form 36C

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION					MDL No. 1873

## PANEL SERVICE LIST (CTO-28)

Frank Jacob D'Amico, Jr.
FRANK J D'AMICO JR APLC
622 Baronne Street
New Orleans, LA 70113
**damico@damicolaw.net**

C. Edward Gibson, IV
HAWKINS STRACENER & GIBSON PLLC
153 Main Street
Bay St. Louis, MS 39520
**egibson@hsglawfirm.net**

John F. Hawkins
HAWKINS STRACENER & GIBSON
P.O. Box 24627
Jackson, MS 39225-4627
**john@hsglawfirm.net**

Rose M. Hurder
HAWKINS STRACENER & GIBSON
153 Main Street
Bay St. Louis, MS 39520
**rose@hsglawfirm.net**

Catherine H. Jacobs
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Spring, MS 39564
**cathyftla@gmail.com**

Michael David Kurtz
BAKER DONELSON BEARMAN
CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170
**dkurtz@bakerdonelson.com**

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER LLC
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800
**gmeunier@gainsben.com**

Matthew B. Moreland
BECNEL LAW FIRM LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-0519
**mmoreland@becnellaw.com**

John G. Munoz
GARNER & MUNOZ
1010 Common Street
Suite 3000
New Orleans, LA 70112
**jgm@g-mlaw.com**

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS
PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
**andreww@duplass.com**

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                MDL No. 1873

**INVOLVED JUDGES LIST (CTO-28)**

Hon. Rebecca F. Doherty
U.S. District Judge
4900 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. Martin L.C. Feldman
U.S. District Judge
C-555 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Richard T. Haik, Sr.
U.S. District Judge
4200 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5101 United States Courthouse
300 Fannin Street
Shreveport, LA 71101

Hon. Patricia H. Minaldi
U.S. District Judge
328 Edwin F. Hunter, Jr. U.S. Courthouse
& Federal Building
611 Broad Street
Lake Charles, LA 70601

Hon. Halil S. Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. James T. Trimble, Jr.
Senior U.S. District Judge
237 Edwin F. Hunter Jr.
U.S. Courthouse & Fed. Bldg.
611 Broad Street
Lake Charles, LA 70601

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

## INVOLVED CLERKS LIST (CTO-28)

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Tony R. Moore, Clerk
P.O. Box 1269
Alexandria, LA 71309-1269

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Tony R. Moore, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401

J.T. Noblin, Clerk
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201